Bruce D. Praet  SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants Oscar Robles, City of Woodlake, Kevin Phelps, City of Exeter, Bari Molyneux

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS SERNA, | NO. |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b)** |
| vs. | |
| OSCAR ROBLES, CITY OF WOODLAKE, KEVIN PHELPS, CITY OF EXETER, BARI MOLYNEUX, COUNTY OF TULARE and DOES 1 through 10, inclusive, | **(Federal Question)** |
| Defendants | |

TO: THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

COMES NOW Defendants, Oscar Robles, City of Woodlake, Kevin Phelps, City of Exeter, and Bari Molyneux, who file this Notice of Removal of the cause described herein from the Superior Court of the State of California for the County of Tulare, Central Justice Center, in which it is now pending, to the United States District Court, Eastern District of California.  In support of such removal, Defendants respectively allege and show as follows:

///

1.     Plaintiff commenced this action in the Superior Court of the State of California for the County of Tulare, Central Justice Center, by filing, on or about February 7, 2018, a Complaint alleging violations of Civil Rights via Excessive Force pursuant to 42 USC § 1983, Excessive Force pursuant to 42 USC § 1983 (Monell), Assault, Battery, Civil Rights via California Civil Code § 51.7(a), Negligence, Negligence Per Se, Negligent Infliction of Emotional Distress and Failure to Supervise and Train.

Plaintiff then filed a First Amended Complaint on May 4, 2018, adding a cause of action for a violation of California Civil Code § 52.1.

Plaintiff's FAC lists as parties Oscar Robles, City of Woodlake, Kevin Phelps, City of Exeter, Bari Molyneux, and the County of Tulare.  The matter was assigned to the Tulare County Superior Court, Central Justice Center, Case No. 272687.

2.     The Summons and Complaint were served on Defendants Oscar Robles, City of Woodlake, Kevin Phelps, City of Exeter, and Bari Molyneux on May 7, 2018.  True and correct copies of the Summons and FAC are attached to this Notice as Exhibit "1", as part of the complete State Court file applicable to Plaintiff's action maintained in the Tulare County Superior Court, and incorporated herein by reference as if set forth in full and complete detail pursuant to 28 U.S.C. Section 1447(a).

3.     This action is properly removable to the United States District Court in accordance with 28 U.S.C. 1441(a) in that this Court has original jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. Section 1331 and is one which may be removed to this Court by the served Defendants pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it arises under constitutional provisions, specifically, the Complaint alleges a violation of civil rights. (See Exhibit "1").

///

1     4.    This Notice of Removal to this Court is timely pursuant to 28 U.S.C. Section 1446(b) in that this Notice was filed before a responsive pleading was filed and within thirty (30) days of service.

    5.    These petitioning Defendants allege that they have good and sufficient defenses to Plaintiff's action herein.

    6.    Counsel for these removing Defendants has contacted counsel for Defendant County of Tulare, and they concur that removal is proper.

    7.    No previous application has been made to this Court for the relief sought herein.

WHEREFORE, these petitioning Defendants respectfully pray that Plaintiff's action be removed from the Superior Court of California for the County of Tulare, to the United States District Court, Eastern District of California, as provided by law.

DATED: May 24, 2018        FERGUSON, PRAET & SHERMAN
                                       A Professional Corporation

                                       /s/   Bruce D. Praet
                                       Bruce D. Praet
                                       Attorneys for Defendants Oscar Robles, City of Woodlake, Kevin Phelps, City of Exeter, and Bari Molyneux

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On May 24, 2018, I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL UNDER U.S.C. SECTION 1441(b) (Federal Question**) on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Douglas L. Hurt
LAW OFFICES OF DOUGLAS L. HURT
2534 W. Main St.
Visalia, CA 93291
559.635.3333 telephone
559.733.0558 facsimile

Amy Myers
Tulare County Counsel
2900 W. Burrel Ave.
Visalia, CA 93291
559.636.4950 telephone
559.737.4319 facsimile

XXX (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents.  Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

___ (By Federal Express 2-Day) The above noted material was sent via Federal Express.

XXX (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2018, at Santa Ana, California.

                               /s/   Cathy Sherman
                               Cathy Sherman