Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants, Oscar Robles, City of Woodlake, Kevin Phelps and City of Exeter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS SERNA,<br><br>v.<br><br>OSCAR ROBLES, CITY OF WOODLAKE, KEVIN PHELPS, CITY OF EXETER, BARI MOLYNEUX, COUNTY OF TULARE, and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 1:18-cv-00718 LJO BAM<br><br>**ORDER RE STIPULATION STAYING LITIGATION PENDING CRIMINAL CASE**<br><br>(Doc. No. 4.) |

Upon stipulation of the parties and good cause appearing, this case is STAYED pending completion of plaintiff Adonis Serna's criminal trial. All previously set hearings and deadlines are VACATED. Plaintiff's counsel shall file

///

1

a written status report every ninety (90) days to update defense counsel and this Court as to the status of the criminal matter.

IT IS SO ORDERED.

Dated: **June 5, 2018**     /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE