UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS SERNA,<br><br>            Plaintiff,<br><br>   v.<br><br>OSCAR ROBLES, et al.,<br><br>            Defendants. | Case No. 1:18-cv-00718-LJO-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. No. 5.)<br><br>**FIFTEEN (15) DAY DEADLINE** |

      This action was removed from the Superior Court of California for the County of Tulare on May 24, 2018. (Doc. No. 1.) On June 6, 2018, the Court approved the parties' stipulation to stay this matter pending the disposition of Plaintiff Adonis Serna's ("Plaintiff") pending underlying criminal case. (Doc. No. 5.) The Court further directed Plaintiff's counsel to file a written status report every ninety (90) days to update defense counsel and the Court as to the status of the criminal matter. (*Id.*) More than ninety days has elapsed since the last submission of a status report on December 19, 2018, and Plaintiff's counsel has failed to file a status report.

      Accordingly, Plaintiff's counsel Douglas L. Hurt is HEREBY ORDERED to SHOW CAUSE why sanctions should not be imposed for his failure to comply with the Court's order requiring the submission of a status report every ninety (90) days. Plaintiff's counsel shall file a written response to this order to show cause within **fifteen (15) days** of service of this order. Plaintiff's counsel may

1

comply with this order by filing the required status report.

**Failure to respond to this order to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: **April 18, 2019**    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE