UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONIS SERNA,<br><br>  Plaintiff,<br><br>  v.<br><br>OSCAR ROBLES, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00718-LJO-BAM<br><br>ORDER REQIRING COUNSEL FOR PLAINTIFF TO PERSONALLY APPEAR ON MAY 24, 2019 TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS |

On June 6, 2018, the Court approved the parties' stipulation to stay this matter pending the disposition of Plaintiff Adonis Serna's ("Plaintiff") pending underlying criminal case. (Doc. No. 5.) The Court's order directed Plaintiff's counsel to file a written status report every ninety (90) days to update defense counsel and the Court as to the status of the criminal matter. (*Id.*)

On April 19, 2019, after more than ninety days had elapsed since the last submission of a status report on December 19, 2018, the Court issued an order for Plaintiff's counsel, Douglas L. Hurt, to show cause why monetary sanctions should not be imposed for failure to comply with an order of the Court. (Doc. No. 10.) Plaintiff's counsel was required to file either a written response or the required status report by May 3, 2019. (*Id.*) To date, Plaintiff's counsel has not filed a written response or status report or otherwise responded to the Court's April 19, 2019 order.

1

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County,* 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, Plaintiff's counsel Douglas L. Hurt is HEREBY ORDERED to **personally appear** before United States Magistrate Judge Barbara A. McAuliffe at the United States Courthouse, 2500 Tulare St., Fresno, California, Courtroom 8, on **Friday, May 24, 2019, at 9:00 a.m.** to show cause why this action should not be dismissed for failure to prosecute and failure to comply with the Court's orders dated June 6, 2018, and April 19, 2019.

**<u>Failure to personally appear before the Court on May 24, 2019, will result in the recommendation that this action be dismissed for failure to prosecute and/or failure to comply with the Court's orders.</u>**

IT IS SO ORDERED.

Dated: **May 13, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE