1  Bruce D. Praet SBN 119430
2  FERGUSON, PRAET & SHERMAN
   A Professional Corporation
3  1631 East 18th Street
   Santa Ana, California  92705
4
   (714) 953-5300 telephone
5  (714) 953-1143 facsimile
   Bpraet@aol.com
6

7

8  Attorneys for Defendants, Oscar Robles, City of Woodlake, Kevin Phelps and City

9  of Exeter

10

11                        UNITED STATES DISTRICT COURT
12
                          EASTERN DISTRICT OF CALIFORNIA
13

14

| | |
|---|---|
| ADONIS SERNA, | NO. 1:18-cv-00718 LJO BAM |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| OSCAR ROBLES, CITY OF WOODLAKE, KEVIN PHELPS, CITY OF EXETER, BARI MOLYNEUX, COUNTY OF TULARE, and DOES 1 through 10, inclusive, | *[F.R.Civ.P., Rule 41(a)(1)(A)(ii)]* |
| Defendants. | |

25  TO THE HONORABLE COURT:
26
27        IT IS HEREBY STIPULATED by and between the parties through their
28  respective counsel that all claims as against all Defendants shall be dismissed with

1

prejudice pursuant to settlement.  Each party to bear their own fees and costs.

DATED: June 3, 2019                    FERGUSON, PRAET & SHERMAN
                                       A Professional Corporation


                              By:     /s/ Bruce D. Praet
                                      Bruce D. Praet,
                                      Attorney for Woodlake and Exeter
                                      Defendants


DATED: June 3, 2019                    LAW OFFICES OF DOUGLAS L. HURT


                              By:     /s/ Douglas L. Hurt
                                      Douglas L. Hurt
                                      Attorneys for Plaintiffs


DATED: June 3, 2019                    TULARE COUNTY COUNSEL


                              By:     /s/ Amy Myers
                                      Amy Myers,
                                      Attorneys for County Defendants


**ORDER**

IT IS SO ORDERED.

DATED: _____ , 2019


                                       THE HONORABLE HON. LAWRENCE J. O'NEILL
                                       UNITED STATES DISTRICT COURT JUDGE